IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER MICHAEL HALE,**

    Plaintiff,

v.	Case No. 1:11-cv-128 RB/DJS

**THE GEO GROUP, INC.**

    Defendant.

## ORDER

THIS MATTER comes before the Court on Plaintiff's "Motion to Amend (Add)" [Doc. 63], filed January 4, 2012. The motion will be denied. No response from the Defendant is necessary.

Plaintiff Hale is incarcerated, *pro se*, and proceeding *in forma pauperis* in this prisoner civil rights case. The subject motion is labeled as a "motion to amend" but is not in substance a motion to amend. Hale does not seek to add any claims, allegations, theories, or parties to this lawsuit. Hale's purpose appears to consist of augmenting his damage computation based on information that the migraines he experiences as a result of an alleged assault by a prison official on September 11, 2010, are permanent. The specific relief he requests is that the "additional sum of $48 million be added to total damages[.]"[1]

Hale's original complaint adequately alleges damages. Amendment is not necessary to specify an additional amount. Plaintiff's "Motion to Amend (Add)" [Doc. 63], filed January 4, 2012, is **DENIED**.

_____
**DON J. SVET**
**United States Magistrate Judge**

---

[1] Hale also repeats his accusations that Defendant's answers contain perjurious statements. [Doc. 63 at 1–2.] The Court addressed those allegations in a previous order [Doc. 59] and sees no basis revisit that issue.