**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CHRISTOPHER MICHAEL HALE,**

    **Plaintiff,**

**v.**                                                                                                                    **No. 11-cv-128 RB/SMV**

**THE GEO GROUP, INC.,**

    **Defendant.**

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL INTERROGATORIES

THIS MATTER is before the Court on Plaintiff's Motion to Compel Interrogatories [Doc. 72] ("Motion"). In his Motion, Plaintiff requests this Court to compel the Defendant to respond to a list of interrogatories related to his underlying 42 U.S.C. § 1983 claims. Motion [Doc. 72] at 3–5. Because no discovery order has issued or been agreed to between the parties, and because Defendant timely filed a *Martinez* report that is currently pending review, the Court finds that Plaintiff's Motion [Doc. 72] should be denied.

Because this is a civil rights action brought by an incarcerated plaintiff, it is excluded from the usual pretrial case management procedures. *See* D.N.M.LR-Civ. 16.3(d). No scheduling order has yet been entered for this case, nor have the parties agreed to conduct discovery on their own. *See* D.N.M.LR-Civ 26.4(a); *see also* D.N.M.LR-Civ. 26.5(a) (courts may fashion discovery *sua sponte* in §1983 proceedings brought by pro se inmate litigants).

Defendant has filed a *Martinez* report [Doc. 74] pursuant to an order by the Honorable Don J. Svet, United States Magistrate Judge. Order for *Martinez* Report [Doc. 62] at 2-3. The documents submitted by Defendant are voluminous, and the Court cannot determine whether

discovery should be granted until it has reviewed the *Martinez* report. The Court will deny Plaintiff's Motion, and Defendant need not respond to Plaintiff's interrogatories at this time.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion [Doc. 72] is **DENIED** and that no discovery will be undertaken in this matter absent this Court's order allowing discovery.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**