IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER MICHAEL HALE,**

    **Plaintiff,**

**v.**                                                                                                                   **No. 11-cv-128 RB/SMV**

**THE GEO GROUP, INC.,**

    **Defendant.**

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Plaintiff's Notice for Fee [Doc. 73] ("Notice").[1] In his Notice, Plaintiff states that he can no longer receive state pay. *Id.* Plaintiff promises to resume payments towards his filing fee as soon as he begins to receive payment again. *See id.*

Plaintiff was ordered to make monthly payments towards his filing fee in the amount of 20% of his previous month's income credited to his account. Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915(b), and to Make Payments or Show Cause [Doc. 5] ("Order to Make Payments") at 2. Plaintiff was put on notice that if he failed to have payments sent to the Court by the designated deadline "or to show cause why he has no assets and no means" to make such payments, his complaint would be dismissed. *Id.*

Plaintiff's "Notice" fails to comply with the Court's Order to Make Payments [Doc. 5]. It merely states that Plaintiff "can no longer receive state pay." [Doc. 73]. It says nothing about whether he has other assets or means by which he could make his monthly payments.

---

[1] Plaintiff is a prisoner, is appearing pro se, and is proceeding *in forma pauperis*. Prisoner's Civil Rights Complaint [Doc. 1] at 1; Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915(b), and to Make Payments or Show Cause [Doc. 5] ("Order") at 1.

**IT IS THEREFORE ORDERED** that Plaintiff show cause why he is unable to make payments by submitting his prisoner's trust fund statement or a similar financial certificate;

**IT IS FURTHER ORDERED** that failure to cure this deficiency within thirty days from the date of this order may result in dismissal without prejudice of this action without further notice.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**