IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER MICHAEL HALE,

        Plaintiff,

v.                                  No. 11-cv-0128 RB/SMV

THE GEO GROUP, INC.;
NEW MEXICO CORRECTIONS DEPARTMENT;

        Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER is before the Court on Plaintiff's "Supplemental to Plaintiff's Reply to Deffendant's [sic] Response [filed 5/4/12] to Plaintiff [sic] Motion to Amend [Doc. 107]" [Doc. 113] (second and fourth alterations in original) ("Motion to Withdraw"), filed on May 17, 2012.  Defendants have not responded, and none is needed.

On April 23, 2012, Plaintiff filed his Motion for Amendment of Crimes & Relief [Doc. 107], in which he sought to amend his underlying 42 U.S.C. § 1983 complaint with additional claims. Now, Plaintiff moves the Court to "remove[] or simply [dismiss]" the Motion for Amendment of Crimes & Relief [Doc. 107] and asserts that "it is unfair this late in the proceedings to require '[n]ew charges.'" Motion to Withdraw [Doc. 113] at 2.  The Court construes the present motion as a motion to withdraw Plaintiff's Motion for Amendment of Crimes & Relief [Doc. 107] under D.N.M.LR-Civ. 7.7, and the Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the "Supplemental to Plaintiff's Reply to Deffendant's [sic] Response [filed 5/4/12] to Plaintiff [sic] Motion to Amend

[Doc. 107]" [Doc. 113] is **GRANTED,** and Plaintiff's Motion for Amendment of Crimes & Relief

[Doc. 107]  is hereby withdrawn.

   **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**