IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER MICHAEL HALE,

      Plaintiff,

v.                                                                                          No. 11-cv-0128 RB/SMV

THE GEO GROUP, INC.;
NEW MEXICO CORRECTIONS DEPARTMENT;

      Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

      THIS MATTER is before the Court on Plaintiff's Supplemental Motion to Amend & Lower Relief Sought [Doc. 114] ("Motion to Withdraw"), filed on May 17, 2012. Defendants have not responded and none is needed.

      On April 9, 2012, Plaintiff filed his Motion to Change/Amend Relief Sought in Complaint [Doc. 98], in which he sought to reduce the amount of monetary relief he asked for in his underlying 42 U.S.C. § 1983 complaint.  Now, Plaintiff  moves the Court to "remove or dissmiss [sic]" his Motion to Change/Amend Relief Sought in Complaint [Doc. 98]. Motion to Withdraw [Doc. 114] at 2.  The Court thus construes Plaintiff's present motion as a motion to withdraw his Motion to Change/Amend Relief Sought in Complaint [Doc. 98] under D.N.M.LR-Civ. 7.7, and the Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Supplemental Motion to Amend & Lower Relief Sought [Doc. 114] is **GRANTED**, and Plaintiff's Motion to Change/Amend Relief Sought in Complaint [Doc. 98] is hereby withdrawn.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**