IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER MICHAEL HALE,

    Plaintiff,

v.                                                  No. 11-cv-0128 RB/SMV

THE GEO GROUP, INC.;
NEW MEXICO CORRECTIONS DEPARTMENT;

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION TO ENTER EVIDENCE

THIS MATTER is before the Court on Plaintiff's Motion to Enter Evidence [Doc. 79] ("Motion"), filed on March 8, 2012. Defendant responded in opposition on March 9, 2012. Defendant GEO's Response to Plaintiff's "Motion to Enter Evidence" [Doc. 85] ("Response"). Plaintiff did not reply. The Court, being fully advised in the premises, finds that the Motion is not well-taken and should be DENIED.

Plaintiff requests that he be permitted to enter into evidence "the exibit [sic] for Mental Health" to show his post-traumatic stress disorder and its treatment, which he alleges resulted from Defendant's violations of his civil rights. Motion [Doc. 79] at 1–2. Defendant opposes the entry of the mental health form because it is hearsay and because it is irrelevant. Response [Doc. 85] at 1. At this time, no evidence of Plaintiff's alleged damages, including his mental health condition, is necessary.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Enter Evidence [Doc. 79] is **DENIED**.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**