IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER MICHAEL HALE,

      Plaintiff,

v.                                                                  No. 11-cv-0128 RB/SMV

THE GEO GROUP, INC.;
NEW MEXICO CORRECTIONS DEPARTMENT;

      Defendants.

## ORDER GRANTING MOTION FOR COPIES

THIS MATTER is before the Court on Plaintiff's Motion for Replacement [Doc. 80] ("Motion"), filed on March 8, 2012.  Defendant responded in opposition on March 9, 2012.  Defendant GEO's Response to Plaintiff's "Motion to Enter Evidence" [Doc. 86] ("Response").  Plaintiff did not reply.  The Court, being fully advised in the premises, finds that the Motion is well-taken and should be GRANTED.

Plaintiff requests that Court send him copies of everything filed in this case because "my legal-files [sic] containing copies of virtually all the documents to [sic] this matter have been removed from my housing/person."  Motion [Doc. 80] at 1.  Plaintiff also reports that he has undergone "shake-downs" and, as a result, is afraid to file grievances because he believes he may be "put in the hole or even killed."  *Id.*  Defendant opposes the Motion to the extent that it is construed as requesting a preliminary injunction.  Response [Doc. 86] at 2.

This case has more than 130 filings and likely contains thousands of pages of documents, which have already been sent to Plaintiff in the normal course of litigation.  Nevertheless, the Court will order that copies of all filings, as of the date of this Order, be copied again and mailed

to Plaintiff by the Clerk.  However, <u>Plaintiff is admonished that absent exceptional circumstances, copies will not be sent a third time.</u>

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Replacement [Doc. 80] is **GRANTED**.  The Clerk is directed to copy and mail to Plaintiff all filings in this case through the date of this order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**