IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER MICHAEL HALE,**

    Plaintiff,

v.                                                                                                         No. 11-cv-0128 RB/SMV

**JESSICA VIGIL, Lieutenant,
DAVID N. EASTRIDGE,, Corrections Officer,
PHIL ARAGON, Captain,
ISAAC GUERRA, Captain,
TOM PERRY, Sergeant,
TOMMY ARCHULETA, Corrections Officer,
ROBERT FELIX, Corrections Officer,
RUSSELL HONEA, Corrections Officer,
SAMUEL CHRISTIE, Corrections Officer, and
GREGORY MITCHELL, Captain,**

    **Defendants.**[1]

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:	Thursday, December 20, 2012 at 9:00 a.m.

**Matter to be heard**:	Status of the case

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **Thursday, December 20, 2012** at **9:00 a.m.** Plaintiff and counsel for Defendants shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall be prepared to discuss service of the Defendants who were added pursuant to the Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 143].

---

[1] The Defendants' full names are culled from: Disclosure of Certain New Defendants' Names Pursuant to the Court's . . . Order [Doc. 145], and the *Martinez* Report [74-2] at 21, [74-5] at 14, and [74-7] at 6.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**