IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER MICHAEL HALE,**

      Plaintiff,

v.                                                                      No. 11-cv-0128 RB/SMV

**JESSICA VIGIL, Lieutenant,**
**DAVID N. EASTRIDGE,, Corrections Officer,**
**PHIL ARAGON, Captain,**
**ISSAC GUERRA, Captain,**
**TOM PERRY, Sergeant,**
**TOMMY ARCHULETA, Corrections Officer,**
**ROBERT FELIX, Corrections Officer,**
**RUSSELL HONEA, Corrections Officer,**
**SAMUEL CHRISTIE, Corrections Officer, and**
**GREGORY MITCHELL, Captain,**

      **Defendants.**[1]

### ORDER VACATING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court sua sponte. The Court previously scheduled a telephonic status conference for Thursday, December 20, 2012. Order Setting Telephonic Status Conference [Doc. 146]. The Court FINDS that a status conference is no longer necessary.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the telephonic status conference scheduled for Thursday, December 20, 2012, is **VACATED**.

**IT IS SO ORDERED**.

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**

---

[1] The Defendants' full names are culled from: Disclosure of Certain New Defendants' Names Pursuant to the Court's . . . Order [Doc. 145], and the *Martinez* Report [74-2] at 21, [74-5] at 14, and [74-7] at 6.