**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CHRISTOPHER MICHAEL HALE,**

      **Plaintiff,**

v.                                                                                          No. 11-cv-0128 RB/SMV

**JESSICA VIGIL, Lieutenant,**
**DAVID N. EASTRIDGE,, Corrections Officer,**
**PHIL ARAGON, Captain,**
**ISSAC GUERRA, Captain,**
**TOM PERRY, Sergeant,**
**TOMMY ARCHULETA, Corrections Officer,**
**ROBERT FELIX, Corrections Officer,**
**RUSSELL HONEA, Corrections Officer,**
**SAMUEL CHRISTIE, Corrections Officer, and**
**GREGORY MITCHELL, Captain,**

      **Defendants.**[1]

**ORDER DIRECTING CLERK TO MAIL CERTAIN DOCUMENTS**

THIS MATTER is before the Court on the Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 143] ("Order"), filed on September 28, 2012. By that Order The Honorable Robert C. Brack, United States District Judge, previously granted in part Plaintiff's Motion to Supplement Complaint to Add the Proper Individuals['] Names as Defendant[s to] the Complaint [Doc. 67] ("Second Motion to Amend"). Ultimately, Plaintiff's Complaint was amended to include claims against ten named individual Defendants. Order [Doc. 143] at 17–18.

Because Plaintiff is proceeding *in forma pauperis*, it is the Court's responsibility to issue and serve all process. *See* 28 U.S.C. § 1915(d). The Court will therefore order that notice and waiver

---

[1] The Defendants' full names are culled from: Disclosure of Certain New Defendants' Names Pursuant to the Court's . . . Order [Doc. 145], and the *Martinez* Report [74-2] at 21, [74-5] at 14, and [74-7] at 6.

of service forms, as well as a copy of the operative complaint [Docs. 1 and 29], be mailed to Defendants. Because the various claims asserted against the various Defendants occurred at both Lea County Correctional Facility and Guadalupe County Correctional Facility, *see generally* [Docs. 1 and 29], the Court will order that such documents be mailed to each Defendant at both facility.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Clerk of the Court shall mail notice and waiver of service forms, along with copies of [Docs. 1 and 29], to the following Defendants:

1. Lieutenant Jessica Vigil,
2. Corrections Officer David N. Eastridge,
3. Captain Phil Aragon,
4. Captain Issac Guerra,
5. Sergeant Tom Perry,
6. Corrections Officer Tommy Archuleta,
7. Corrections Officer Robert Felix,
8. Corrections Officer Russel Honea,
9. Corrections Officer Samuel Christie, and
10. Captain Gregory Mitchell.

The Clerk is instructed to mail a set of the documents to each Defendant at both the Lea County Correctional Facility and the Guadalupe County Correctional Facility.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**