IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER MICHAEL HALE,

    Plaintiff,

v.                                                                                     No. 11-cv-0128 RB/SMV

THE GEO GROUP, INC.;
NEW MEXICO CORRS. DEP'T;
ISSAC GUERRA, Captain;
GREGORY MITCHELL, Captain;
TOM PERRY, Sergeant;
RUSSELL HONEA, Corrections Officer;
SAMUEL CHRISTIE, Corrections Officer;
PHIL ARAGON, Captain;
JESSICA VIGIL, Lieutenant;
DAVID N. EASTRIDGE, Corrections Officer;
TOMMY ARCHULETA, Corrections Officer; and
ROBERT FELIX, Corrections Officer;

    Defendants.

### ORDER DENYING AS MOOT PLAINTIFF'S AMENDED MOTIONS TO PROCEED IN FORMA PAUPERIS

THIS MATTER is before the Court on Plaintiff's two amended motions to proceed in forma pauperis ("IFP") [Docs. 153 and 156], filed in response to an earlier order. Plaintiff had been released from custody and was subsequently reincarcerated. He has made a recent installment payment toward the filing fee. [Doc. 151] (receipt number ALB021456). Because Plaintiff has previously been granted IFP and remains incarcerated, the Court will deny his motions as moot. *See* Order Granting Leave to Proceed [IFP] [Doc. 5]. Plaintiff is reminded that he is required to continue making monthly payments until the full fee has been paid, *see Cosby v. Meadors*, 351 F.3d 1324, 1326 (10th Cir. 2003), and to promptly notify the Court of any change of address.

**IT IS THEREFORE ORDERED** that Plaintiff's two amended motions to proceed IFP [Docs. 153 and 156] are **DENIED as moot**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**